Barry W. THOMAS, Plaintiff–
Appellant,

v.

CINGULAR WIRELESS, L.L.C., T–Mobile USA, Inc., and Suncom Wireless Operating Company, L.L.C., Defendants,

and

Centennial Communications Corp.,
Defendant–Appellee.

No. 2007–1212.

United States Court of Appeals,
Federal Circuit.

June 8, 2007.

ON MOTION

*ORDER*

Upon consideration of Barry W. Thomas's unopposed motion to voluntarily dismiss his appeal, due to a lack of a final judgment,

IT IS ORDERED THAT:

(1) The motion is granted.

(2) All parties shall bear their own costs.

Wilfredo F. FORONDA, Petitioner,

v.

OFFICE OF PERSONNEL
MANAGEMENT,
Respondent.

No. 2007–3120.

United States Court of Appeals,
Federal Circuit.

June 8, 2007.

Wilfredo F. Foronda, pro se.

ON MOTION

*ORDER*

Upon consideration of Wilfredo F. Foronda's unopposed motion to voluntarily dismiss her petition for review,

IT IS ORDERED THAT:

(1) The motion is granted.

(2) Each side shall bear its own costs.